Certificate Number: 05781-MA-DE-041497338

Bankruptcy Case Number: 26-40846

05781-MA-DE-041497338

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2026, at 4:45 o'clock PM PDT, Carmelina Geres Almonte completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date: September 28, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President